United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>Plaintiff,<br>v.<br>VINH HANG RESTAURANT CORP.,<br>Defendant. | No. 21-cv-8338-RS |
| ORLANDO GARCIA,<br>Plaintiff,<br>v.<br>EL SALVADOR DE PAIS, INC, ET AL.,<br>Defendant. | No. 22-cv-1770-RS |
| SCOTT JOHNSON,<br>Plaintiff,<br>v.<br>OASIS ENTERPRISE LLC,<br>Defendant. | No. 21-cv-8981-RS<br><br>**ORDER DISMISSING CASES** |

United States District Court
Northern District of California

Plaintiffs indicated that the ADA claims in these cases are moot. Orders to show cause issued requesting a response as to why the cases should not be dismissed, or alternatively why supplemental jurisdiction should continue to be exercised. Plaintiffs responded, agreeing that the cases should be dismissed. Accordingly, these cases are dismissed and closed.

**IT IS SO ORDERED.**

Dated: 8/17/2022

RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE